IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

PNC Bank, National Association, successor to National City Bank of Michigan/Illinois,

    Plaintiff,

vs.

First American Bank, as Successor Trustee to Midwest Bank and Trust Company, an Illinois corporation as Trustee under the provisions of a trust agreement dated the 4th day of June, 2003 and known as Trust Number 03-1-8148; Theresa A. Bryant, individually and as Trustee pursuant to junior mortgage dated February 23, 2009 and recorded February 24, 2009 as Document No. 2009R0008868; Team TAD, Inc.; Bryant Automotive, Inc.,

    Defendants.

No. 3:14 cv 50181
Assigned Judge:
Frederick J. Kapala

Magistrate Judge:
Iain D. Johnston

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, National Association, to National City Bank of Michigan/Illinois, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

    First American Bank, as Successor Trustee to Midwest
    Bank and Trust Company, an Illinois corporation, as Trustee
    Under the provisions of a Trust Agreement dated the 4th day
    Of June, 2003 and known as Trust Number 03-1-8148

    Theresa A. Bryant, individually and as Trustee pursuant to
    Junior mortgage dated February 23, 2009 and recorded
    February 24, 2009 as Document No. 2009R0008868

    Team TAD, Inc.

    Bryant Automotive, Inc.

and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

        PNC Bank, National Association, successor to
        National City Bank of Michigan/Illinois


By:   /s/ William J. Hurley, III
        One of Its Attorneys

Patrick D. Lamb (ARDC #3128062)
William J. Hurley, III (ARDC#6182818)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
whurley@crowleylamb.com